# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2245
_____

JACOB C. FLOWERS,

Appellant,

v.

WELLS FARGO BANK, N.A.,

Appellee.

_____

On appeal from the County Court for Santa Rosa County.
Tony Giraud, Judge.

August 29, 2024


PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob C. Flowers, pro se, Appellant.

Nusrat Mansoor of Naderpour & Associates, P.A., Pompano Beach, for Appellee.